SDNY (Rev. 10/2006) Pro Hac Vice Motion to Admit Counsel

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HILDA SEMERDJIAN,   Plaintiff,

- against -

MCDOUGAL LITTELL,   Defendant.
et al.

07 cv 7496 (LMM)

**MOTION TO ADMIT COUNSEL**

**PRO HAC VICE**

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, DAVID ATLAS a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of

Applicant's Name:  MAURICE HARMON
Firm Name:  HARMON & SEIDMAN LLC
Address:  533 WALNUT DRIVE
City/State/Zip:  NORTHAMPTON, PA 18067
Phone Number:  (610) 262-9288
Fax Number:  (610) 262-9557

MAURICE HARMON is a member in good standing of the Bar of the States of Colorado

There are no pending disciplinary proceeding against MAURICE HARMON in any State or Federal court.

Dated:  9/17/2007
City, State:  New York, New York

Respectfully submitted,

Sponsor's
SDNY Bar  (DA-0317)
Firm Name:  Smith Dornan & Dehn PC
Address:  110 East 42nd St, Suite 1303
City/State/Zip:  New York, NY 10017
Phone Number: (212) 370-5316
Fax Number:  (212) 370-5317

SDNY Form Web 10 2006

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
HILDA SEMERDJIAN,                                :
                                                 :
                Plaintiff,   :   07 Civ. 7496 (LMM)
                                                 :
                v.           :   AFFIDAVIT OF
                                                 :   DAVID ATLAS IN
MCDOUGAL LITTELL, A DIVISION OF                  :   SUPPORT OF MOTION
HOUGHTON MIFFLIN COMPANY, AND                    :   TO ADMIT COUNSEL
R. R. DONNELLEY & SONS COMPANY,                  :   *PRO HAC VICE*
                                                 :
                Defendants.  :
------------------------------------------------------------X

STATE OF NEW YORK   )
                               ) ss:
COUNTY OF NEW YORK  )

      DAVID ATLAS, being duly sworn, deposes and says:

      1.     I am an attorney with the firm Smith Dornan & Dehn PC, counsel for plaintiff in the above action. I am familiar with the proceedings in this case. I make this affidavit based upon my personal knowledge of the facts set forth herein and in support of plaintiff's motion to admit Maurice Harmon as counsel *pro hac vice* to represent plaintiff in this action.

      2.     I am a member in good standing of the Bar of the State of New York, and was admitted to practice law in June 1989. I am also admitted to the Bar of the United States District Court for the Southern District of New York and am in good standing with this Court.

      3.     I have known Maurice Harmon for approximately one year.

      4.     Maurice Harmon is a member of the firm Harmon & Seidman LLC in Northampton, Pennsylvania, and is a duly licensed attorney in Colorado, and in good

standing in all courts therein, having been admitted since May 1, 1979. Attached as exhibit A hereto is a copy of Mr. Harmon's certificate of good standing issued by the Supreme Court of Colorado on September 7, 2007.

5. I have found Mr. Harmon to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6. Maurice Harmon was admitted *pro hac vice* in a related matter, *Maisel v. McDougal Littell, a division of Houghton Mifflin Company*, 06cv0765; and *McDougal Littell, a division of Houghton Mifflin Company v. Beidleman*, 06cv4888, previously filed before this Court.

7. Maurice Harmon has read and is familiar with the Local Rules of the United States District Court for the Southern District of New York as well as the individual practices of Judge Lawrence M. McKenna and understands that upon admission he will be subject to the disciplinary jurisdiction of this court.

8. Accordingly, I am pleased to move the admission of Maurice Harmon, *pro hac vice*.

9. I respectfully submit a proposed order granting the admission of Maurice Harmon, *pro hac vice*, which is attached hereto as Exhibit B.

WHEREFORE, it is respectfully requested that the motion to admit Maurice Harmon, *pro hac vice*, to represent plaintiff in the above captioned matter, be granted.

_____
DAVID ATLAS
SDNY Bar Code: DA-0317

Sworn to before me this
17th day of September 2007

_____
Notary Public

BARBARA A. McCORMICK
Notary Public - State of New York
No. 02MC6128717
Qualified in New York County
My Comm. Expires Jun. 13, 2009



# SUPREME COURT
## State of Colorado,

STATE OF COLORADO, ss:

I, **Susan J. Festag**, Clerk of the Supreme Court of the State of Colorado, do hereby certify that

**MAURICE JAMES HARMON**

has been duly licensed and admitted to practice as an

## Attorney and Counselor at Law

within this State; and that his/her name appears upon the Roll of Attorneys and Counselors at Law in my office of date the **1st** day of **May** A. D. **1979** and that at the date hereof the said **MAURICE JAMES HARMON** is in good standing at this Bar.

IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed the Seal of said Supreme Court, at Denver, in said State, this **7th** day of **September** A. D. **2007**

**Susan J. Festag**