SDNY (Rev. 10/2006) Order for Admission Pro Hac Vice on Written Motion

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HILDA SEMERDJIAN,          Plaintiff,

07   cv  7496   (LMM)

- against -

MCDOUGAL LITTELL, et al.          Defendant.

**ORDER FOR ADMISSION
PRO HAC VICE
ON WRITTEN MOTION**

Upon the motion of DAVID ATLAS   attorney for plaintiff Hilda Semerdjian

and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | MAURICE HARMON |
| Firm Name: | HARMON & SEIDMAN LLC |
| Address: | 533 WALNUT DRIVE |
| City/State/Zip: | NORTHAMPTON, PA 18067 |
| Telephone/Fax: | (610) 262-9288 |
| Email Address: | mhphotos@ix.netcom.com |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/21/07

is admitted to practice pro hac vice as counsel for   plaintiff Hilda Semerdjian   in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated:   9/17/2007
City, State:   New York, New York

_____ 9/21/07
United States District ~~Magistrate~~ Judge

FOR OFFICE USE ONLY: FEE PAID $ _____   SDNY RECEIPT# _____
SDNY Form Web 10/2006

**SOUTHERN DISTRICT OF NEW YORK**

HILDA SEMERDJIAN,    Plaintiff,

SCANNED

- against -

MCDOUGAL LITTELL,   Defendant.
et al.

07 cv 7496 (LMM)

**MOTION TO ADMIT COUNSEL**

**PRO HAC VICE**

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, DAVID ATLAS a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of

| | |
|---|---|
| Applicant's Name: | MAURICE HARMON |
| Firm Name: | HARMON & SEIDMAN LLC |
| Address: | 533 WALNUT DRIVE |
| City/State/Zip: | NORTHAMPTON, PA 18067 |
| Phone Number: | (610) 262-9288 |
| Fax Number: | (610) 262-9557 |

MAURICE HARMON is a member in good standing of the Bar of the States of Colorado

There are no pending disciplinary proceeding against MAURICE HARMON in any State or Federal court.

Dated: 9/17/2007
City, State: New York, New York

Respectfully submitted,

Sponsor's SDNY Bar (DA-0317)
Firm Name: Smith Dornan & Dehn PC
Address: 110 East 42nd St., Suite 1303
City/State/Zip: New York, NY 10017
Phone Number: (212) 370-5316
Fax Number: (212) 370-5317

SDNY Form Web 10/2006