**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| HILDA SEMERDJIAN,<br><br>     *Plaintiff*,<br><br>     - v -<br><br>MCDOUGAL LITTELL, A DIVISION OF HOUGHTON MIFFLIN COMPANY, AND R.R. DONNELLEY & SONS COMPANY,<br><br>     *Defendants*. | 07-CV-7496 (LMM)<br><br>**NOTICE OF MOTION** |

   PLEASE TAKE NOTICE that Defendants McDougal Little, a Division of Houghton Mifflin Company, and R.R. Donnelly & Sons Company will move this Court before the Honorable Lawrence M. McKenna, United States District Judge, at the United States Courthouse, 500 Pearl Street, New York, New York, 10007, as soon as counsel can be heard, for an order dismissing with prejudice Count IV of the Complaint in the above-captioned action, alleging fraud, pursuant to Federal Rule of Civil Procedure 12(b)(6), because Count IV (a) is preempted under 17 U.S.C. § 301(a) and (b) fails to state a claim on which relief can be granted under New York law.

   In support of this motion, Defendants respectfully submit the accompanying memorandum of law.

Dated: New York, New York
September 28, 2007

        Respectfully submitted,

        PROSKAUER ROSE LLP

        By: /s/ Charles S. Sims
        Charles S. Sims (CS-0624)
        Andrew Gerber (AG-0779)
        Jason Husgen (JH-2201)
        1585 Broadway
        New York, New York 10036
        (212) 969-3000

        MCLAUGHLIN & STERN, LLP
        David Blasband (DB-7069)
        260 Madison Avenue
        New York, New York 100016
        (212) 448-1100

        *Attorneys for Defendants McDougal Littell, a Division of McDougal Mifflin Company, and R.R. Donnelley & Sons, Company*