**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

HILDA SEMERDJIAN,

        *Plaintiff,*

    - v -

MCDOUGAL LITTELL, A DIVISION OF
HOUGHTON MIFFLIN COMPANY, AND
R.R. DONNELLEY & SONS, COMPANY,

        *Defendants.*

07-CV-7496 (LMM)

### RULE 7.1 STATEMENT

Pursuant to Fed.R.Civ.P. 7.1, the undersigned counsel for defendant McDougal Littell

certifies that it is a wholly owned division of Houghton Mifflin Company, and that no publicly

held corporation owns 10% or more of its stock.

Dated: New York, New York
      September 28, 2007

 

PROSKAUER ROSE LLP

By:  /s/ Charles S. Sims
Charles S. Sims (CS-0624)
Andrew Gerber (AG-0779)
Jason Husgen (JH-2201)
1585 Broadway
New York, New York  10036
(212) 969-3000

MCLAUGHLIN & STERN, LLP
David Blasband (DB-7069)
260 Madison Avenue
New York, New York 100016
(212) 448-1100

*Attorneys for Defendants McDougal Littell, a*
*Division of Houghton Mifflin Company, and*
*R.R. Donnelley & Sons, Company*