UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HILDA SEMERDJIAN,<br><br>　　　　　*Plaintiff,*<br><br>　　　　　- v -<br><br>MCDOUGAL LITTELL, A DIVISION OF HOUGHTON MIFFLIN COMPANY, AND R.R. DONNELLEY & SONS, COMPANY,<br><br>　　　　　*Defendants.* | 07-CV-7496 (LMM) |

## RULE 7.1 STATEMENT

Pursuant to Fed.R.Civ.P. 7.1, the undersigned counsel for defendant R.R. Donnelley & Sons, Company certifies that it has no parent company and that no publicly held corporation owns 10% or more of its stock.

Dated: New York, New York
　　　　September 28, 2007

　　　　　　　　　　　　　　　　　　　　　　PROSKAUER ROSE LLP

　　　　　　　　　　　　　　　　　　　　　　By: /s/ Charles S. Sims
　　　　　　　　　　　　　　　　　　　　　　Charles S. Sims (CS-0624)
　　　　　　　　　　　　　　　　　　　　　　Andrew Gerber (AG-0779)
　　　　　　　　　　　　　　　　　　　　　　Jason Husgen (JH-2201)
　　　　　　　　　　　　　　　　　　　　　　1585 Broadway
　　　　　　　　　　　　　　　　　　　　　　New York, New York  10036
　　　　　　　　　　　　　　　　　　　　　　(212) 969-3000

　　　　　　　　　　　　　　　　　　　　　　MCLAUGHLIN & STERN, LLP
　　　　　　　　　　　　　　　　　　　　　　David Blasband (DB-7069)
　　　　　　　　　　　　　　　　　　　　　　260 Madison Avenue
　　　　　　　　　　　　　　　　　　　　　　New York, New York 100016
　　　　　　　　　　　　　　　　　　　　　　(212) 448-1100

　　　　　　　　　　　　　　　　　　　　　　*Attorneys for Defendants McDougal Littell, a Division of Houghton Mifflin Company, and R.R. Donnelley & Sons, Company*