MCDOUGAL LITTELL INC
ACCOUNTS PAYABLE DEPARTMENT
1560 SHERMAN AVENUE
EVANSTON           IL 60201

# McDougal Littell Inc.

0005052308

Page 1 of 1

000825

SIMON SAMSONIAN
20 ATTRIDGE COURT
MELVILLE   NY   11747-1803

Check Date:     12/31/1998
Vendor Number:  0066306

| Invoice Number | Invoice Date | Voucher Number | P.O. Number | Reference | Gross Amount | Adjustment Amount | R | Net Amount |
|---|---|---|---|---|---|---|---|---|
| 112798 | 11/27/98 | | | 9-1-1-02-C/9-1-1-02-C-R2/ | $300.00 | | | $300.00 |
| | | | | | $300.00 | $0.00 | | $300.00 |