AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

Southern DISTRICT OF New York

HILDA SEMERDJIAN,
   Plaintiff,

v.

McDOUGAL LITTELL, A DIVISION OF HOUGHTON MIFFLIN COMPANY and R.R. DONNELLEY & SONS COMPANY,
   Defendants.

APPEARANCE

Case Number: 07-CV-7496 (LMM)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Defendants McDougal Littell, a Division of Houghton Mifflin Company, and R.R. Donnelley & Sons Company

I certify that I am admitted to practice in this court.

10/23/2007
Date

_Signature_

Charles S. Sims — CS-0624
Print Name — Bar Number

Proskauer Rose LLP, 1585 Broadway
Address

New York — NY — 10036
City — State — Zip Code

(212) 969-3000 — (212) 969-2900
Phone Number — Fax Number