AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

| Southern | DISTRICT OF | New York |

HILDA SEMERDJIAN,
     Plaintiff,

v.

McDOUGAL LITTELL, A DIVISION OF HOUGHTON MIFFLIN COMPANY and R.R. DONNELLEY & SONS COMPANY,
     Defendants.

**APPEARANCE**

Case Number: 07-CV-7496 (LMM)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Defendants McDougal Littell, a Division of Houghton Mifflin Company, and R.R. Donnelley & Sons Company

I certify that I am admitted to practice in this court.

| 10/23/2007 | *signature* |
|---|---|
| Date | Signature |

| Andrew Gerber | AG-0779 |
|---|---|
| Print Name | Bar Number |

Proskauer Rose LLP, 1585 Broadway
Address

| New York | NY | 10036 |
|---|---|---|
| City | State | Zip Code |

| (212) 969-3000 | (212) 969-2900 |
|---|---|
| Phone Number | Fax Number |