AO 458 (Rev. 10/95)  Appearance

# UNITED STATES DISTRICT COURT

| Southern | DISTRICT OF | New York |

Hilda Semerdjian

v.

McDougal Littell And
R.R. Donnelley & Sons Company

**APPEARANCE**

Case Number: 07-CV-7496 (LMM)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Defendants McDougal Littell, a Division of Houghton Mifflin Company, and R.R. Donnelley & Sons Company

I certify that I am admitted to practice in this court.

10/23/2007
Date

*David Blasband* (signature)
Signature

David Blasband — DB-7069
Print Name — Bar Number

McLaughlin & Stern, LLP, 260 Madison Avenue
Address

New York — NY — 10016
City — State — Zip Code

(212) 448-1100 — (212) 448-0066
Phone Number — Fax Number