David Atlas (DA-0317)
Smith Dornan & Dehn PC
110 East 42nd Street
Suite 1303
New York, NY 10017
212.370.5316

Maurice Harmon (MH-9051)
Harmon & Seidman LLC
The Pennsville School
533 Walnut Drive
Northampton, PA 18067
610.262.9288

*Attorneys for Plaintiff*
*Hilda Semerdjian*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------------X
                                                              :
HILDA SEMERDJIAN,                                             :
                                                              :
      Plaintiff,                                              :
                                                              :
      v.                                                       :   07-CV-7496
                                                              :   (LMM) (AJP)
MCDOUGAL LITTELL, A DIVISION OF                               :
HOUGHTON MIFFLIN COMPANY, AND                                 :
R.R. DONNELLEY & SONS COMPANY,                                :
                                                              :
      Defendants.                                             :
                                                              :
----------------------------------------------------------------------X


**MOTION FOR LEAVE TO WITHDRAW AS COUNSEL**

      PLEASE TAKE NOTICE that Petitioner David Atlas, respectfully requests that the Court permit his withdrawal, and the withdrawal of Smith Dornan & Dehn PC, as co-counsel for plaintiff Hilda Semerdjian in this action. The grounds for petitioner's motion

are that Maurice Harmon, of Harmon & Seidman, LLC, was admitted Pro Hac Vice on September 21, 2007 and will remain as lead counsel for plaintiff and, further, that having one firm representing plaintiff will be more efficient and less costly to plaintiff.

Respectfully Submitted,

s/David Atlas
David Atlas (DA-0317)
Smith Dornan & Dehn PC
110 East 42nd St., Suite 1303
New York, NY 10017
(212) 370-5316

SO ORDERED this ___ day of _____, 2007.

_____

Lawrence M. McKenna
District Judge