```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/4/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
HILDA SEMERDJIAN,

                Plaintiff,                07 CIVIL 7496 (LMM)

  -against-                **JUDGMENT**

MCDOUGAL LITTELL, A DIVISION OF
HOUGHTON MIFFLIN COMPANY, AND
R.R. DONNELLEY & SONS COMPANY,
                Defendants.
------------------------------------------------------------X

      Defendants having moved to dismiss pursuant to Fed. R. Civ. P. 12(b)(6), and the matter having come before the Honorable Lawrence M. McKenna, United States District Judge, and the Court, on January 2, 2008, having rendered its Memorandum and Order granting defendants' motion to dismiss, it is,

      **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum and Order dated January 2, 2008, defendants' motion to dismiss is granted.

**Dated:** New York, New York
       January 4, 2008

                                                      **J. MICHAEL McMAHON**
                                                        **Clerk of Court**
                             **BY:**                           _____
                                                        **Deputy Clerk**

**THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON** _____