UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

SEMERDJIAN

:

:

:

v    :

:

Mc DOUGAL LITTEL, ETC.,    :
ET AL.    :

:
-----------------------------------------------------------X

DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/27/08

**ORDER OF REFERENCE
TO A MAGISTRATE JUDGE**

07 Civ. 7496 (LMM)(  )

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

| | | |
|---|---|---|
| ✓ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) | ___ Consent under 28 U.S.C. §636(c) for all purposes (including trial) |
| ___ Specific Non-Dispositive Motion/Dispute:* | ___ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction) |
| _____ | Purpose:_____ |
| _____ | |
| If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____ | ___ Habeas Corpus |
| | ___ Social Security |
| ___ Settlement* | ___ Dispositive Motion (i.e., motion requiring a Report and Recommendation) |
| ___ Inquest After Default/Damages Hearing | Particular Motion:_____ |
| | _____ |
| | All such motions: ____ |

* Do not check if already referred for general pretrial.

**SO ORDERED.**

DATED:    New York, New York
   3/26/08

_____
United States District Judge