UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#
DATE FILED: 4/8/08

------------------------------------ x

HILDA SEMERDJIAN, :

           Plaintiff, :    07 Civ. 7496 (LMM) (AJP)

        -against- :    ORDER SCHEDULING
                                                         STATUS CONFERENCE
McDOUGAL LITTELL, et al., :

           Defendants. :

------------------------------------ x

**ANDREW J. PECK, United States Magistrate Judge:**

      IT IS HEREBY ORDERED that a status conference is scheduled for April 22, 2008 at 3:00 p.m. before the undersigned in Courtroom 20D (500 Pearl Street).

      Counsel are advised that my chambers (Room 1370, 500 Pearl Street) are to be provided with a courtesy copy of all papers hereafter filed with the Court. The parties are to follow the "Individual Practices of Magistrate Judge Andrew J. Peck," a copy of which is attached.

      SO ORDERED.

Dated:    New York, New York
            April 8, 2008

                                          Andrew J. Peck
                                     United States Magistrate Judge

Copies **by fax & ECF** to:    Maurice J. Harmon, Esq.
                                   Charles S. Sims, Esq.
                                   David Blasband, Esq.
                                   Judge Lawrence M. McKenna

C:\ORD\Order Scheduling Status Conference