# EXHIBIT B

Case 1:07-cv-07496-LMM-AJP    Document 25-3    Filed 05/15/2008    Page 2 of 2



*Little Girl Reading #3* (1973), Simon Samsonian. Oil on canvas, 42" × 32". Private collection, New York.

"You are forgetting who you are, *Niña*.[12] I have seen you staring down at that boy's house. You are heading for humiliation and pain." My mother said this in Spanish and in a <u>resigned</u> tone that surprised me, as if she had no intention of stopping me from "heading for humiliation and pain." I started for the door. She sat in front of the TV holding a white handkerchief to her face.

I walked out to the street and around the chain-link fence that separated El Building from Eugene's house. The yard was neatly edged around the little walk that led to the door. It always amazed me how Paterson, the inner core of the city, had no apparent logic to its architecture. Small, neat, single residences like this one could be found right next to huge, <u>dilapidated</u> apartment buildings like El Building. My guess was that the little houses had been there first, then the immigrants had come in droves, and the monstrosities had been raised for them—the Italians, the Irish, the Jews, and now us, the

---

12. *niña* (nē'nyä) *Spanish:* girl.

| WORDS TO KNOW | **resigned** (rĭ-zīnd') *adj.* accepting some condition or action as inevitable<br>**dilapidated** (dĭ-lăp'ĭ-dā'tĭd) *adj.* broken-down and shabby |
|---|---|