BOCA RATON
BOSTON
CHICAGO
LONDON
LOS ANGELES
NEW ORLEANS
NEWARK
PARIS
SÃO PAULO
WASHINGTON

1585 Broadway
New York, NY 10036-8299
Telephone 212.969.3000
Fax 212.969.2900

PROSKAUER ROSE LLP

RECEIVED
JUN 25 2008
CHAMBERS OF
ANDREW J. PECK

Andrew I. Gerber
Attorney at Law

Direct Dial 212.969.3696
agerber@proskauer.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#
DATE FILED: 6/25/08

June 25, 2008

**By Facsimile**

Hon. Andrew J. Peck
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 1370
New York, NY 10007
fax (212) 805-7933

Re: *Semerdjian v. McDougal Littell, et al.* 2007 Civ. 7496

Dear Judge Peck:

While we appreciate the Court's offer, we have concluded that the further investment in company resources that a settlement conference would entail would not be productive, and we respectfully decline the offer to engage in mediation on July 17, 2008.

Respectfully submitted,

Andrew I. Gerber

cc: Maurice Harmon, Esq.

MEMO ENDORSED 6/25/08

The 7/17 at 10:30 AM conf. will be a status conference instead of a settlement conference (client need not attend).

SO ORDERED.

Hon. Andrew Jay Peck
United States Magistrate Judge

Copy by Fax: All Counsel
Judge McKenna

BY FAX

# FAX TRANSMITTAL SHEET

**ANDREW J. PECK**
**UNITED STATES MAGISTRATE JUDGE**
**UNITED STATES DISTRICT COURT**
**Southern District of New York**
**United States Courthouse**
**500 Pearl Street, Room 1370**
**New York, N.Y. 10007-1312**

**Fax No.:** (212) 805-7933
**Telephone No.:** (212) 805-0036

**Dated:** June 25, 2008 **Total Number of Pages:** 2

| TO | FAX NUMBER |
|---|---|
| Maurice J. Harmon, Esq. | 610-262-9288 |
| Charles S. Sims, Esq.<br>Andrew I. Gerber, Esq. | 212-969-2900 |
| | |

# TRANSCRIPTION:

**MEMO ENDORSED 6/25/08**

**The 7/17 at 10:30 AM conf. will be a status conference instead of a settlement conference (clients need not attend).**

**Copy to: Judge Lawrence M. McKenna**